# UNITED STATES OF AMERICA
## SOUTHERN DISTRICT OF FLORIDA
### MINUTES - SENTENCING

Case No. 21-20385-CR-KING          Date: June 16, 2022   Judge James Lawrence King
Defendant: **Patrick Aboite**           Defense counsel: Stewart G. Abrams, AFPD
AUSA:   Arielle Klepach                U.S. Probation: Jamie Johnson

## JUDGMENT AND SENTENCE

|        | YEARS | MONTHS | DAYS | TIME SERVED |
|--------|-------|--------|------|-------------|
| Count II |       |        |      |             |

( ) Defendant given credit for time served
( ) CONCURRENT each count ( ) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: (**X**) none imposed    -0-
( ) The court orders restitution
(**X**) Count remaining dismissed _____
( ) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

|         | YEARS |
|---------|-------|
| Counts II |       |

(**X**) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
( ) CONCURRENT each count ( ) CONSECUTIVE ( ) Employment and Self Employment Restriction
( ) Substance Abuse Treatment  (**X**) Financial Disclosure  (**X**) Permissible Search ( ) Mental Health Treatment   ( ) IRS Cooperation ( ) Related Concerns Restrictions (**X**) Unpaid fines, restitution, and any other fines    ( ) Return Passport to Defendant or his Counsel ( ) No new Debt Restriction ( ) Credit Card Restriction

## CUSTODY
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(**X**) The court recommends:   South Florida Facility or as close to South Florida as possible
(**X**) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.      *RIGHT TO AN APPEAL GIVEN OPEN COURT*

- The Court Adopts and Affirm the Report & Recommendation for the Plea of Guilty as to Count 2
- The Court hereby Adjudicates the defendant as to Count 2
- Defense Objection to the Pre-Sentence Investigation Report held
- Government's Witness: Special Agent Alfredo Armenteras
- Evidence entered
- Government's ore tenus Motion to continue the Evidentiary Sentencing Hearing held
- The Court finds that the motion be and the same is hereby - **Granted**

The Sentencing Hearing is hereby continued to be set by separate order.

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Vernita Allen-Williams